**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-20412-UU

MARIA VELA,

     Plaintiff,

v.

CARNIVAL CORPORATION,

     Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On March 21, 2019, the Court entered its order and notice of court practices following settlement, which required the parties to file a stipulation of dismissal no later than April 19.  D.E. 14.  In that order, the Court warned that "[i]f such papers are not filed by this deadline, all pending claims will be dismissed without further notice."  *Id*.  To date, Plaintiff has still not filed the settlement papers.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE for failure to abide by the Court's Order.  The case remains closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 23d day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf