UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-CV-20412-XXXX

MARIA VELA,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Maria Vela, by and through undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant, Carnival Corporation.

Dated: April 25, 2019

    Respectfully submitted,

    /s/ Sara Schafer, Esq.
**SARA SCHAFER**
Florida Bar No. 84455
Email: sara@victimaid.com
**JASON TURCHIN**
Florida Bar No. 585300
Email: jason@victimaid.com
LAW OFFICES OF JASON TURCHIN
2883 Executive Park Drive
Suite 103-A
Weston, Florida 33331
Telephone: (954) 515-5000
Facsimile: (954) 659-1380
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Sara Schafer, Esq.
**SARA SCHAFER**
Florida Bar No. 84455
Email: sara@victimaid.com
**JASON TURCHIN**
Florida Bar No. 585300
Email:  jason@victimaid.com
LAW OFFICES OF JASON TURCHIN
2883 Executive Park Drive
Suite 103-A
Weston, Florida 33331
Telephone:  (954) 515-5000
Facsimile:   (954) 659-1380
Attorneys for Plaintiff

### SERVICE LIST

**Valentina M. Tejera, Esquire**
3655 N.W. 87th Avenue
Miami, FL 33178
(305) 599-2600
(305) 406-4732 (fax)
Attorneys for Defendant
Florida Bar No. 536946
**Service via CM/ECF**